FILED ___ ENTERED
LODGED ___ RECEIVED

JUN - 4 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN L. STROM,

        Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of the Social Security Administration,

        Defendant.

Case No. C09-1463-JLR

**ORDER DISMISSING CASE**

The Court, after careful consideration of plaintiff's complaint and amended complaint, defendant's motion to dismiss, the parties' briefs, the Report and Recommendation of the (Plaintiff's Objections to the Report a Recommendation, Defendant's Response to Objections,) Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Defendant's motion to dismiss (Dkt. 5) is **GRANTED**.

(3)    This case is **DISMISSED**.

(4)    The Clerk is directed to close the case and to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 4th day of June, 2010.

JAMES L. ROBART
United States District Judge

09-CV-01463-ORD

ORDER - 1